**946**

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawfully, while intoxicated, driving a motor vehicle upon a public highway is the offense, with punishment assessed at thirty days in jail and a fine of $50.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted, under two counts of the information, of separate offenses of selling beer in a dry area and her punishment was assessed at fines in the total amount of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Hattie Mae WILBURN, Appellant,

v.

The STATE of Texas, Appellee.

No. 28897.

Court of Criminal Appeals of Texas.

March 20, 1957.

Wesley T. JENKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28836.

Court of Criminal Appeals of Texas.

Feb. 20, 1957.

